# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CYNTHIA RINKER, | § |
| Plaintiff, | § Civil Action No. 3:19-cv-00324-FDW-DSC |
| v. | § |
| APOLLO EDUCATION GROUP, INC. d/b/a UNIVERSITY OF PHOENIX, | § |
| Defendant. | § |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: October 3, 2019

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg, Esq.
The Law Firm of Mitch Luxenburg
P.O. Box 22282
Beachwood, OH 44122
Phone: 216-650-1590
Email: mitch@mluxlaw.com

## CERTIFICATE OF SERVICE

I, Mitchel E. Luxenburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Matthew Knepper
Husch Blackwell
190 Carondelet Plaza, Suite 600
St Louis MO 63105
Phone: 314-480-1848
Email: matt.knepper@huschblackwell.com


October 3, 2019                                         /s/ Mitchel E. Luxenburg
                                                        Mitchel E. Luxenburg, Esq.
                                                        The Law Firm of Mitch Luxenburg
                                                        P.O. Box 22282
                                                        Beachwood, OH 44122
                                                        Phone: 216-650-1590
                                                        Email: mitch@mluxlaw.com